**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Ann Fox | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV14-00685 |
| v. | |
| 1st Call Consultants LLC | NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT |
| DEFENDANT(S). | |

To:    All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order ☐ 98-3 ☐ 02-06, this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☒ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☒ Western ☐ Southern ☐ Eastern Division.

This case has been reassigned to case number    CV14-02626    and has been ☒ assigned ☐ reassigned to Judge    George H. King    for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☒ assigned ☐ reassigned to Magistrate Judge    Jay C. Gandhi    for:

☒ any discovery and/or post-judgment matters that may be referred.

☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read:    CV14-02626-GHK(JCGx)    . This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By:    A. Duke
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Intake Coordinator; Statistics Clerk*

G-73 (04/14)    NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT